IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLOS LINDSEY,

                Plaintiff,

v.

CRAIG TOM, A. JONES, and JOHN DOE,

                Defendants.

ORDER

16-cv-613-jdp

---

CARLOS LINDSEY,

                Plaintiff,

v.

CRAIG TOM and LARRY PRIMMER,

                Defendants.

ORDER

16-cv-614-jdp

---

    Pro se plaintiff Carlos Lindsey, a state prisoner confined at the Wisconsin Secure Program Facility (WSPF), is proceeding on Eighth Amendment claims in both of these cases, contending that defendants strip searched him with no legitimate penological reason but rather to humiliate him.

    In my order dated November 28, 2016, I explained that Lindsey has filed similar complaints in two separate cases. I gave the parties until December 5, 2016 to object to adding defendants in Case No. 16-cv-614 to Case No. 16-cv-613. No party has objected, so I will deem the defendant Larry Primmer in '614 joined in '613 under Federal Rule of Civil Procedure 20. The parties in '614 should file all future submissions in '613. Lindsey's complaint in '614 will be treated as a supplement to his complaint in '613. The initial partial

filing fee that Lindsey has already paid in '614 will be credited to his remaining balance for '613.

## ORDER

IT IS ORDERED that:

1. The clerk of court is directed as follows:

    a. Amend the caption for Case No. 16-cv-613 to add Larry Primmer as a defendant.

    b. Docket plaintiff's complaint in Case No. 16-cv-614, Dkt. 1, in Case No. 16-cv-613.

    c. Close Case No. 16-cv-614.

    d. Credit plaintiff's initial partial filing fee already paid in Case No. 16-cv-614 toward plaintiff's remaining balance in Case No. 16-cv-613.

2. Plaintiff's complaint in Case No. 16-cv-614, Dkt. 1, will be treated as a supplement to his complaint in Case No. 16-cv-613.

Entered December 22, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge