IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

v.

CRAIG TOM, ANDREW JONES,
LARRY PRIMMER, and JOHN DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-613-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                    3/30/2018

Peter Oppeneer, Clerk of Court               Date